McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

FILED

MAR 1 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MG.F. 03-2161 |
| ) | |
| Plaintiff, ) | |
| ) | MOTION AND ORDER FOR |
| v. ) | DISMISSAL OF COMPLAINT |
| ) | |
| ULISES PACO FLORES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Complaint without prejudice, in the interest of justice.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: 3/10/08

By _____
STANLEY A. BOONE
Assistant U.S. Attorney

1

## ORDER

IT IS HEREBY ORDERED that the Complaint be dismissed without prejudice in the interest of justice.

DATED: 3/10/08

_____
United States Magistrate Judge